AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| HOUSTON FEDERATION OF TEACHERS, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:14-CV-01189 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOUSTON INDEPENDENT SCHOOL DISTRICT

Date:       05/12/2016

_____
*Attorney's signature*

James C. Ho /TX 24052766
*Printed name and bar number*

GIBSON DUNN & CRUTCHER LLP
2100 MCKINNEY AVE., SUITE 1100
DALLAS, TEXAS 75201

_____
*Address*

JHo@gibsondunn.com
*E-mail address*

(214) 698-3364
*Telephone number*

(214) 571-2917
*FAX number*