IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON FEDERATION OF | § | |
| TEACHERS, LOCAL 2415, *et al.* | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-01189 |
| | § | |
| HOUSTON INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| Defendant. | § | |
| | § | |

## JOINT ADVISORY AND MOTION TO ABATE RULE 56(F) BRIEFING DEADLINES

TO THE HONORABLE COURT

The Parties hereby provide the following Joint Advisory and Motion to Abate Rule 56(f) Briefing Deadlines.

The parties have met and conferred pursuant to the Court's order on Plaintiffs' Motion for Notice and Order under Rule 56(f) of the Federal Rules of Civil Procedure. Dkt. 94. After conferring, the parties believe that they may be able to resolve this lawsuit through settlement, or a proposed consent judgment as suggested by the Court. Counsel for Plaintiffs has agreed to present a settlement proposal to Defendant Houston Independent School District (HISD). Defendant's Board of Trustees will consider this proposal at its next regularly scheduled meeting. Because HISD is a governmental entity, any consideration or formal approval of a settlement agreement must be done by the District's Board of Trustees, which can only act as a body corporate at a lawfully convened Board meeting. The HISD Board of Trustees does not meet during the month of July. The next regularly scheduled meeting is August 10, 2017.

However, counsel agree to continue to confer regarding potential settlement terms in advance of the August 10 meeting.

The parties further agree to file an advisory to the Court concerning the status of their settlement discussions on or before August 14, 2017.  Because the parties wish to avoid incurring further costs and potentially undermining settlement discussions, the parties respectfully request that the deadlines for responsive briefing on Plaintiffs' Rule 56(f) motion (currently July 13, 2017, and July 27, 2017) be abated until August 14, 2017, at which time the parties will apprise the Court of their progress, and, if necessary, propose new deadlines for the parties' responsive briefing.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Lisa R. McBride
    Lisa R. McBride
    State Bar No. 24026829
    SDT No. 27635
    3200 Southwest Freeway, Suite 2000
    Houston, Texas 77027
    Telephone:    (713) 554-6747
    Facsimile:    (713) 583-8371
    lmcbride@thompsonhorton.com

**OF COUNSEL:**

    J. David Thompson
    State Bar No. 19950600
    Telephone:    (713) 554-6752
    Facsimile:    (713) 583-8118
    dthompson@thompsonhorton.com

    William B. McElhiney, III
    State Bar No. 24092801
    SDT No. 2714218
    Telephone:    (713) 333-6139
    Facsimile:    (713) 583-8245

wmcelhiney@thompsonhorton.com

**ATTORNEYS FOR HOUSTON INDEPENDENT SCHOOL DISTRICT**

**DEATS, DURST & OWEN, P.L.L.C.**

/s/ Martha P. Owen
Martha P. Owen
State Bar No. 15369800
Federal ID No. 38041
1204 San Antonio, Suite 203
Austin, Texas   78701
Telephone:      (512) 474-6200
Facsimile:      (512) 474-7896
mowen@ddollaw.com

Manuel Quinto-Pozos
State Bar No. 24070459
Federal ID No. 1124173
Telephone:      (512) 474-6200
Facsimile:      (512) 474-7896
mqp@ddollaw.com

**ATTORNEYS FOR PLAINTIFFS**