IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON FEDERATION OF TEACHERS, LOCAL 2415, *et al.* Plaintiffs, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-01189 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, Defendant. | § § § § § | |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

COME NOW plaintiffs, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and file this voluntary stipulation of dismissal with prejudice signed by all parties who have appeared. The parties have settled and resolved this matter to their mutual satisfaction.

Respectfully submitted,

**DEATS, DURST & OWEN, P.L.L.C.**

/s/ Martha P. Owen
Martha P. Owen
State Bar No. 15369800
Federal ID No. 38041
707 W. 34th St., Second Floor
Austin, Texas 78705
Telephone:	(512) 474-6200
Facsimile:	(512) 474-7896
mowen@ddollaw.com

Manuel Quinto-Pozos
State Bar No. 24070459
Federal ID No. 1124173

Telephone: (512) 474-6200
Facsimile: (512) 474-7896
mqp@ddollaw.com

**ATTORNEYS FOR PLAINTIFFS**

**THOMPSON & HORTON LLP**

By: /s/ Lisa R. McBride
Lisa R. McBride
State Bar No. 24026829
SDT No. 27635
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6747
Facsimile: (713) 583-8371
lmcbride@thompsonhorton.com

**OF COUNSEL:**

J. David Thompson
State Bar No. 19950600
Telephone: (713) 554-6752
Facsimile: (713) 583-8118
dthompson@thompsonhorton.com

William B. McElhiney, III
State Bar No. 24092801
SDT No. 2714218
Telephone: (713) 333-6139
Facsimile: (713) 583-8245
wmcelhiney@thompsonhorton.com

**ATTORNEYS FOR HOUSTON INDEPENDENT SCHOOL DISTRICT**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record via ECF on this the 10th day of October, 2017.

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
*Attorney for Plaintiffs*